UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS DANZA, individually and on behalf of defined contribution plans that used Defendants as their qualified domestic relations order service provider and all similarly situated beneficiaries of such ERISA-covered employee benefit plans,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIDELITY MANAGEMENT TRUST COMPANY and FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY,<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 11-2893<br>(JEI/KMW)<br><br>**ORDER GRANTING MOTION TO DISMISS (Dkt. No. 18)** |

**APPEARANCES:**

SZAFERMAN, LAKIND, BLUMSTEIN, BLADER & LEHMANN, PC
Arnold Carl Lakind, Mark A. Fisher and Robert Lawrence Lakind
Quakerbridge Executive Center
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648
    and
LEVY PHILLIPS KONINGSBERG
Danielle Disporto and Moshe Maimon
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648
    Counsel for Plaintiffs

GRAHAM CURTIN, PA
Thomas Curtin and George C. Jones
4 Headquarters Plaza
PO Box 1991

Morristown, NJ 07962
    Counsel for Defendants

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendants' Motion to Dismiss (Dkt. Nos. 18); the Court having reviewed the parties' submissions; the Court having held oral argument on August 10, 2012; and for good cause appearing;

**IT IS** on this __20th__ day of August, 2012,

    **ORDERED THAT**:

    (1) Defendant's Motion to Dismiss is hereby **GRANTED.**

    (2) Plaintiff is hereby granted leave to file a motion to amend the Complaint within 30 days. If Plaintiff chooses to file such a motion, he shall annex a copy of the proposed amendment thereto.

    (3) The Clerk of Court is directed to close this file.

                                    /s/ Joseph E. Irenas

                                  **JOSEPH E. IRENAS, S.U.S.D.J.**