UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3497
_____

NICHOLAS DANZA, individually and on behalf of defined contribution plans that used Defendants as their qualified domestic relations order service provider and all similarly situated beneficiaries of such ERISA-covered employee benefit plans,
Appellant

v.

FIDELITY MANAGEMENT TRUST COMPANY; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY INC.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action No. 1-11-cv-02893)
District Judge: Honorable Joseph E. Irenas
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 16, 2013
_____

Before: RENDELL, SMITH, and SHWARTZ, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on July 16, 2013.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered August 20, 2012 be and the same is

hereby AFFIRMED.  All of the above in accordance with the Opinion of this Court.  The parties shall bear their own costs.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: July 29, 2013

Certified as a true copy and issued in lieu of a formal mandate on August 20, 2013

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**